**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  Chadwick          ARDY          Demetrius
      (Last)            (First)       (Initial)

Prisoner Number  T-13047

Institutional Address  CMC  P.O Box 8101  San luis obispo CA 93409

===================================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Chadwick ARDY D.
(Enter the full name of plaintiff in this action.)

         vs.

San Diego Police Department
_____
_____
_____
(Enter the full name of the defendant(s) in this action)

Case No. CV 07 5960
(To be provided by the Clerk of Court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983

(PR)

E-filing

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I. Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement  California men's colony

B. Is there a grievance procedure in this institution?
   YES ( )    NO (X)

C. Did you present the facts in your complaint for review through the grievance procedure?
   YES (X)    NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.  07-2005 DMS (AJB)

COMPLAINT                                  - 1 -

I want To file The claim on The city of San Diego, for The Beatting I've got from a Beatting from The San Diego police officer, I now have really Bad injury's head injury's lowyer Back and He also Busted my right Ear Drum, and I'm going Delf in my other Ear, I'm here for no—Dam reason. My lawyer was Bought off By The Police. They put some white Dude with me who I Never seen in my life. My hurt so Bad my Nose start To Bleed. I now have sezer and I never had Them Before. I went with good heath. until I come face To face To a white police officer, now There was Two officer The one who walk up To me ask me To help him fine some Dope, I Told him No The officer name is officer Hall, The man had another person go and get him some Dope. He came Back sat next To him and gave him something To which I know is Dope. officer Hall gave The DuD who's name is Shorty. all at once I saw a Black and white pull up and ask me are you melvin? I Told him No. He Then ask me To get on The curb. I Told him I am on The curb, He Then Told me To grab The fince. now There was a part of The fince That was cover with a Tarp and The other People could see me. Well He put on his Black glove and push me where no Body could see me, well He got me from be hine and I hit a Pole, He Then grab me Put my head on That hot hood. and I Do have a Burn spot still on my left side, and He Body slam me Twice on The hood of The car I Felt a painful pop in my lowyer Back. I slid off He grab me around my shirt around my neck and he Body slam again The corner part of The Back of head hit The Base of The wind shild, and I hit it very hard I was pazz my right Ear hit The lip of The hood To where Blood was coming out none stop, now I can't here out of it

He lie to cover his own ass. he told them. I had Dope in my right pocket. well how can I have Drugs in my Pocket. To where the Fit pants I had on DID not have No Pockets on Them. I was Down There to help My Two friends mark and amy.

and if it wasn't for mark when He DiD I think That cop would of kill me. But he clean me up Before going To The substation. I had on my D-Telling Shirt he put Some Jacket on me.

I ask The officer To Take me To The Doctor, He Said nothing. I get to the substation, I see officer Hall. He said Do you remember me? I Told him To go To hell. He said what I Told him again go To Hell Because one I wanted To Know Why I'm been arrest for what They DID Not Tell me nothing.

I Would not Talk To Them. Because I'm going in and out. and I can't here nothing out of my Ear.

But let me Tell you when They Told me I'm going To jail for having Dope in my right pocket. Now That's B.S I Nothing of The kind. The cop Beat me up and I lost Everything just because of him, I lost my D-Telling Shop. Because of what he did, people Trust me. // and now he did This To me Beat The hell out of me. had no reason for That, now I'm here Stress out under a lot of pills The %'s Talk To you any kind of way. They treat you Bad a Dog Don't get treated like This, you should here how They yell at you Telling you. Shut The F up Thing like That. They Beat people up in This prison. // your on a yeard with Hiv and Aids people. and They Don't Tell you who have it. and These people Drink out of The pitcher and you Don't Know if That got That shit why These people will not Tell you. // and To me That's putting people life In Danger. and now I want

Now I want to File another claim on The City of San Diego. Because Im in prison For Doing no kind of Crime. They Told me I had Drugs on me, which I didnt have. all I got was jump. By The police and He was was white, and The lowyer I had was Bought By The police I Told him I was Beat up By The officer, He said I Belive you But he Did nt fight for me at all They put a white man who I Never Seen Before He said This was my crime, But I never Seen This man in my life. But They said he was my crimey. how could he Be my crimey when one I was alone and The only people who know me was my Two friends mark and amy. They Did not let me see The Discovery. I had no say in nothing when I wanted To go To trile But He said No stright in my face. He made me sign The Deal. He lie To me.// And now I want To file on The whole city of San Diego and I would want To know if I can get The paper work To do This? I am sueing for 3.15 million I am going To The people and New's Team and I will let Them know how a cop Beat me up. lie put me in prison. They gave The other man 4yr and fir camp. He supose To get Time. Because He had Drugs not me I had nothing Damit // I want To fight This Back into court. I want To go To trile with my lawsuite and I want it By jury. And There Been Time I Thought about suide. I Did it 9 Time But, now it wrong for a human Been have To go through. you know you got people who in here should not get all This long Time I got Beat Down. I got The living hell kick out of me.// and got lie on and I know what it was, I was and is a Black man. I never Seen This man. and yes I want The San Diego police Department To pay. for what They Did and The City of San Diego 8 million Dollar's and That Cop who Beat me up and officer Hall should lose There Bage

I am going to make sure they lose their job. No Body Else go Through Hell like me. no Body should get lie on like e, we should get a chance To prove how Bad we get Treated By The w, The law is unfair and it not right. The Three stricks laws are so Bad. But I am going to Fight These Devils.

Thank you!
Chadwick ARDY

**STATE OF CALIFORNIA**
**INMATE WORK SUPERVISOR'S TIME LOG**
CDCR 1697 (Rev. 03/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
DISTRIBUTION:
WHITE - WORK SUPERVISOR
YELLOW - INMATE

| CDC NUMBER | INMATE'S NAME | ETHNICITY | MONTH | YEAR |
|---|---|---|---|---|
| T-13047 | Chadwick | W | Oct | 2007 |

| JOB TITLE | POSITION NUMBER | PAY RATE (HOURLY) | REGULAR DAYS OFF | HOURS OF ASSIGNMENT |
|---|---|---|---|---|
| PM Cook | .042 | 16.50 | T-F | 1100, 1500, 1530, 1830 |

| SUPERVISOR'S NAME (PLEASE PRINT) | TITLE | SUPERVISOR'S SIGNATURE | DATE |
|---|---|---|---|
| W. Chun | CSC | [signature] | 10-31-07 |

| FIRST LINE SUPERVISOR'S NAME (PLEASE PRINT) | TITLE | FIRST LINE SUPERVISOR'S SIGNATURE | DATE |
|---|---|---|---|
| | | | |

| DAY | | TIME IN | TIME OUT | TIME IN | TIME OUT | TOTAL HOURS | TYPE OF TIME | MIN MET | TIME KEEPER'S SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | RDO / HOL | | | | | | | | |
| 2 | RDO / HOL | | | | | | | | |
| 3 | RDO / HOL | | | | | | | | |
| 4 | RDO / HOL | | | | | | | | |
| 5 | RDO / HOL | | | | | | | | |
| 6 | RDO / HOL | | | | | | | | |
| 7 | RDO / HOL | | | | | | | | |
| 8 | RDO / HOL | | | | | | | | |
| 9 | RDO / HOL | | | | | | | | |
| 10 | RDO / HOL | | | | | | | | |
| 11 | RDO / HOL | | | | | | | | |
| 12 | RDO / HOL | | | | | | | | |
| 13 | RDO / HOL | | | | | | | | |
| 14 | RDO / HOL | | | | | | | | |
| 15 | RDO / HOL | | | | | | | | |
| 16 | RDO / HOL | | | | | | | | |
| 17 | RDO / HOL | | | | | | | | |
| 18 | RDO / HOL | | | | | | | | |
| 19 | RDO / HOL | | | | | | | | |
| 20 | RDO / HOL | | | | | | | | |
| 21 | RDO / HOL | | | | | | | | |
| 22 | RDO / HOL | | | | | | | | |
| 23 | RDO / HOL | | | | | | | | |
| 24 | RDO / HOL | | | | | | | | |
| 25 | RDO / HOL | | | | | | | | |
| 26 | RDO / HOL | | | | | | | | |
| 27 | RDO / HOL | | | | | | | | |
| 28 | RDO / HOL | | | | | | | | |
| 29 | RDO / HOL | | | | | | | | |
| 30 | RDO / HOL | | | | | | | | |
| 31 | RDO / HOL | 1100 | 1500 | 1530 | 1830 | 7 | X | 7 | [signature] |

| TOTAL DAYS MINIMUM MET | TOTAL X HOURS WORKED | X PAY RATE | = TOTAL PAY |
|---|---|---|---|
| | | | |

ENTER DATE(S) AND REASON(S) IF EXCEPTIONAL TIME (A, E, AND / OR S) USED:

| TRANSFERRED IN (DATE) | DMS # | TRANSFERRED OUT (DATE) | DMS # |
|---|---|---|---|
| 10-31 | 303-07 | | |

yes I would Help of The counsel. Because, I really Dont understand how To do This Kind of paper work. I am handycap now from The Beatting yesterday. 11/8/07 I got my other paper work saying. I was Denie like always. I'm working in The main kitchen as a Cook. I make 18ºº a month. and after They Take out 55% I will have 7ºº left you can have Every check. I will not lie to you. about any Thing whaT happen To me.

I Told The CourT in San Diego The Trueth BuT They alway shuT me Down, I cannoT pay The fee. I Do The paper work, letting Them know. I cant do it I got no money The money I Do geT is from working in The prison kitchen. and like I said 18ºº a month. now you know whaT happen and The CourT DonT Belive me I tryed To geT a lowyer To Take my case. again I Do have head injury's To where I cant remember

But I do know I will not for get That Day on wensday june of 05. why should I lie abouT This I also DID paper work on The county of san Diego. I will Take a lie TesT. I'm in This Hell hole for nothing. I'm Stress ouT I have high Blood presur now. and I canT here ouT of my right Ear ThaT The one The cop Busted I losT all hearing ouT of it. Then I had a lawyer who lie To me abouT The ple I Told him I wanT To go To Trile he said no in my face. all I know, I canT geT my ple Back. ThaT's how Bad The san Diego Police are. I wanT The cop who puT his hand's on me wrong. like I said he was with officer, Hall. The one They should of goT was shorty. He The one who goT paid Twice. I Think officer Hall is no good why pick a person who have a good ~~fake~~ life I had my own D-Telling Shop. Because of ThaT I losT That. Because of

The lie That These people Told on me, I am Telling you The Trueth and nothing BuT The Trueth, The one who lieing is The police Them. Self. I will show you where I was Beatting up aT, no Body was with me. please Help me. I was frame for a crime I DID noT Do. I was lie To abouT The ple. BuT one Thing I Truely Do Know. The San Diego P.D is wrong They are Durty. you See The cop's give money To The people who will Talk.// I use To Be on Drug's a long Time ago and one cop gave me 100⁰⁰ JusT for info on a woman who was selling her self. See I Could Tell you all whaT DurT The cop's Do. BuT right now I wanT my freedom and I wanT The city of San Diego To reword me what I am asking 3.15 million Dollor's I wanT The new's Team There. as well. I Even wanT Them in The courT room. Because I wanT Them To Know The whole Trueth. leT me Tell The people.

now I Told My so called lawyer The Trueth. He Told me He will help me. He post-pone The court date, when we go To court He said The DA wanted To give me 6yr with 80%. I said for what? I got The shit kick out of me. He Told me That was a good Deal. I Told him if you Thin it a good Deal you Take it. I DiD No Kind of crime, all This got me away from my family. He was paid. I had another come, He wouldnT leT me see The Discovery aT all.

It Bad Enough They put some white Dud for my crime who I never seen in my life, I got my Two friend's state ment on what They saw. and The my reason for Been Down There. To help my Two friend's mark and amy. They wanTed To go Back To salt lake city uthar They Even stole my necklese watch. and Braselet I did not ha That on my procete list. That lowyer was paid off. The cop who Beat me up DiD Not read me

my rights. I tried To fired The lowyer BuT The judge wouldnT let me. my lowyer Told me if I DiD NoT sign The ple The judge will fine me guity any way. BuT he Turn around and said I will help you Take your ple Back. BuT he he I call his office. He now ouT of Town. Please help me I've been Doing This cenTs it happen. I DiD The BesT I could on The paper work.

Thank you.
Chadwick ARDY