Legal
Mail

STATE PRISON
GENERATED MAIL

Name _Charles Luck R. 44062_
CDCR# T-12011          Cell 7472

CALIFORNIA MENS COLONY STATE PRISON
P.O. BOX 8101
SAN LUIS OBISPO, CA 93409-8101