FILED
NOV 27 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RMW**

Chadwick ARDY
        Plaintiff,

vs.

San Diego Police Department
        Defendant.

CASE NO. **CV 07   5960**

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

**(PR)**

I, Chadwick ARDY, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes _X_ No _☒_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _1800_ Net: _____

Employer: _Main kitchen at the prison._

PRIS. APP. TO PROC. IN FORMA PAUPERIS — 1 —

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____
5  _____
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9       a.   Business, Profession or                          Yes ___ No ✗
10         self employment
11      b.   Income from stocks, bonds,                       Yes ___ No ✗
12         or royalties?
13      c.   Rent payments?                                   Yes ___ No ✗
14      d.   Pensions, annuities, or                          Yes ___ No ✗
15         life insurance payments?
16      e.   Federal or State welfare payments,               Yes ___ No ✗
17         Social Security or other govern-
18         ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.

21  _____
22  _____

23  3.    Are you married?                                      Yes ___ No ✗
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.    a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

  b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home? Yes ____ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile? Yes ____ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes ____ No _X_ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ____ No _X_ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes _X_ No ____

_I work here at The Prison_

8. What are your monthly expenses?

Rent: $_____ Utilities: _____

Food: $_____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ☒ No ☐

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

☒ <u>Chadwick v San Diego Police Department</u>
<u>San Diego court, if I remember right</u>

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

<u>11/8/07</u>                         <u>Chadwick HRDY D.</u>
      DATE                              SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

```
 1
 2                                                      Case Number: _____
 3
 4
 5
 6
 7
 8                              CERTIFICATE OF FUNDS
 9                                       IN
10                              PRISONER'S ACCOUNT
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _Chadwick ARoY_ for the last six months
                                         [prisoner name]
14   _____C mc_____ where (s)he is confined.
           [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ _____ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $_____.
18
19   Dated:_____              _____
                                   [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28
```

- 5 -

```
REPORT ID: TS3030  .701                                         REPORT DATE: 11/05/07
                                                                PAGE NO:           1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                                CALIFORNIA MENS COLONY
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: OCT. 02, 2007 THRU NOV. 05, 2007

                                              BED/CELL NUMBER: EFDQB7F300007306X
ACCOUNT NUMBER  : 113047                      ACCOUNT TYPE: I
ACCOUNT NAME    : CHADWICK, ARDY
PRIVILEGE GROUP : A
                                 TRUST ACCOUNT ACTIVITY

           << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              CURRENT HOLDS IN EFFECT

 DATE        HOLD
 PLACED      CODE        DESCRIPTION              COMMENT        HOLD AMOUNT

 09/24/2007  H114    COPAY FEE, MED.              R1360               5.00

                              TRUST ACCOUNT SUMMARY

                                                                     TRANSACTIONS
 BEGINNING      TOTAL       TOTAL         CURRENT        HOLDS       TO BE POSTED
 BALANCE        DEPOSITS    WITHDRAWALS   BALANCE        BALANCE

   0.00          0.00         0.00         0.00           5.00           0.00

                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE

                                                                5.00-
```