**FILED**

DEC 0 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Richard W. Wieking
450 Golden Gate ave
San Francisco, C.A 94102.

C07-5960 RMW

ARDY D. Chadwick.
c m c
P.O Box 8101
San Luis Obispo, C.A 93409.

Dear Sir

Well I got some news That really will help my law suit. I got word That The lowyer That The court gave me wasnt a real lowyer. he was a foney I should of know, when I told him I wanted To go To trile He told me No in my face, he told me The reason why is They would get me a all white jury and I will lose. and The 6 yr would Turn into 12 yr. I had no one Else with me. They found Some white guy who I never seen. They said he was my crime. I was By my self I only went To help my Two friends mark and amy. I want you To help me get a lowyer. and I want To go Back To court. You can call my family about This lowyer who is a fake. my mom Name is Ruby Chadwick. Number is 619-263-1463. The San Diego police Department Did Some Durt. I want my family protected. They owe me To put me here no Telling what These Durty Baster will Do. now I'm on To Them. now



I want to get Back into court, I want you to help me with a civil suit lawyer who will fight for me// now you know I'm working here at the prison I get paid once a month. Take the money I really Do need help I've Been working on this law suit cent's it happen 05

you know the police officer made me have sezzer now, But you know all that all ready But now I want you to please call my mom. and she will Tell you. just what hapen.

But now, The trueth come out. They DiD me wrong They knew they had the wrong man. So They had to Do something to cover there Butt Now, I want you.// To help me Big Time call my mom. and she will Tell you. what was told to her, can the lawyer help me with my law suit? well I don't know how long I will be working. Because They Dont want me around heat, I'm not going to Tell Them. The cop made me have sezzer's how he did me See Send this to the Fed's is that where my Claim is now? let them know. I DiD what I could on my paper work. now I need a lawyer who will now get me Back into court. I will let you know. They DiD not let me see the Discovery. They DiDnT show



me nothing all They DID was Tell me lie's we will Send you a copy. To county jail well I never got it// like I am Telling you. They Beat The shit out of The wrong man.// I want The court To know The Trueth. on That Day. like I said I might have The Date's wrong But not month or The week and year.

I want want a jury trile with This law Suite and The new's Team and The paper's. See The San Diego P.D. geT away with lost of crap. and yeh I'm going To Bring all That out. I would also like my trile go To The Fed Court, San Diego will Blow it out of The water I Told Them I couldn'T pay. They went ahead and Denine it// now They are Doing it again// and now I am sick of it They know I DurT on The San Diego P.D. and There a Big law Suite on Them. now you file it// and Send it to San Diego They will Denine it over and over again. I donT care what I got To do I don't care how long it will be, To geT whaT I am asking for and. yes I know The lowyer geT his 1/3 no promble. I want Some Body who will not be afraid To fight on The police Department. with me put me on The Stand and I'll Tell The Trueth.// about whaT happen. That Day. and I will protect my self and my family when This is all over.// The San Diego police Think They can geT over



people Because They are afraid well noT me. when The cop was Beatting me up I Should of FoughT Back. BuT I didnT I couldnT, he had me, Tore up now He got me where-ing hereing aids and a Back Brace. // This cop mest me up and I did nothing. I losT Everything my wife Divorse me ThaT a good Thing. now I will be getting married To my girl from over sea's BuT I losT my D-Telling Shop, and people who Trusted me. I am stresst ouT The C/o here TreaT you Badly a wild Dog DonT get treated This Bad. The way They Talk to you. ThaT's wrong I'm on a yeard with Hiv and aid people now I am very mad, for how The police piD me. Now I'm sendding you This inmate request I wanT you To geT me a lawyer. you Know here aT The prison I donT geT my mail my wife Been writting me // BuT I goT nothing. I Think They playing with my mail So I Truely Do need your help.

I Thank you
Chadwick

CALIFORNIA MEN'S COLONY STATE PRISON
P.O. BOX 8101
SAN LUIS OBISPO, CA 93409-8101

Name: Chadwick ARDY D.
CDCR #: T-13047  Cell #: 73/11

**STATE PRISON
GENERATED MAIL**



CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409

$00.41⁰
NOV 26 2007
MAILED FROM ZIP CODE 93401

Richard W. Wieking
450 Golden Gate Ave
San Francisco, CA 94102-

legal
Mail

FSP41-0077-1