Office of The clerk.
us. District Court.
Northern District of California.
450 Golden Gate ave.
San francisco, C.A. 94102.

**FILED**

DEC 0 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

CO7-5.960 RMW

ARDY D. Chadwick.
C.m.C.
P.O Box 8103
San luis Obispo C.A 93409.

Dear mr. wieKing
How are you doing? and how was your
Thanks'giving. well I Know your getting Tired. of
me writting you a lot. But I have To let you Know
I'm going To geT my head check By a Doctor on The
StreeT. mr. wieKing The lowyer who will help me with
my lawsuite, I wanT him To Know. I also have state —
menT from my Two friends mark and amy now I goT
To waite Till my wife get back from over sea's she
in The P.I. her mother pass away Thanks'giving Eve.
So I will have her send me a copy.
But The lowyer could get a hold of my mother who I
give all my Paper work To. you Can call ~~her~~ her.
her name is Ruby Lee chadwick The phone Number
is 619-263-1463. if you wanT To Drop her a line

The address is 5843 Sky line Dr San Diego C.A
92114. she can Help you Tell my wife come Back To
The state, you Know. I want To Know Something.
The police Busted my Ear Drum and head injury —
lowyer Back promble,
I will Tell you This I am wroking here at The prison
I am making like 39 Dollors a month, I am letting
you know, I got a 200°° Dollor fine for getting Beat
up. I am Telling you. or DiD I not Tell you.
I Told my lowyer I wanted To go To trile he Told
me No. we wasn't going To trile,
I Told you They put some white man who I never
seen in my life To lie for Them, now This is whet
I wont I want Done. I want To write a letter.
To The New's station. I want The lowyer To have
The New's Team and The paper's in That court room.
I want The people of San Diego. To Know how Bad.
They will lie on you To Cover There own ass. for doing
what They had Done To me, I am sitting here in This cell.
for a crime I had no part in// The S.D.p.D lie To get people
in prison// now for what They had Done To me I'm asking
3. 15 million Dollors,
and That pain and suffring stress Disorder, and Bodly
injury's, now I have To get ssi To make it I have kids
These Mother walk out on me and The kids now my
mom and Dad have To look after Them // Because I am

here|| for what helping Two friends who ask me
To help me get Them Back To salt leike City utha.
That's all. I did no Drugs
I've Been clean for a good long Time. I Thank god. He
gave me a Chance in life.|| But The Devil came and ~~Toll~~ Toke
That From me.
I lay here at night and Cry Because one you would —
never Think you will get Beat up By a Cop. But let me
say ~~thing~~ This I Would not have a fair trile in San Diego on
This law Suite, I want To Know where can I get this
law Suite Take place. in which I would like To move it
out of San Diego. and no I do not want a olwhite
Jury. in fact I want lest whites in The Jury as passeble
I want it To be mix up, and I want Them To pay for
Everything. I will be in and out of The Doctor. officer
and I want Them To pay all The Bill's like I Said it
Two cop's officer hall and The one who did The.
Beatting on me.|| But Both of Them will pay for what
They had Done To me. officer Hall lie he The Biggest
Dam lieer I Ever Seen.
and I will Tell you and The Court what happen on.
That wensday of 05. I got head injury But I will
not Ever for get That Day.
So now. I want The lowyer who will Take This case.
get a hold of me|| I will Tell him step By step on what
had happen. now you do Know I've Been FighTing This

cent's I found out That The police had lie on me.
I'm like This if I did a crime I will Do The Time
But god Damit I did nothing wrong.
When I put my civil suit into The county court of
San Diego all They do is reject tell me o you DiDnt
pay The Fee. how can I pay when I dont have no kind
of money. That's what They do all The Time So They will
not File The Claim.
That's why I went To you. I wrote To all kind of
lowyes and none of Them would Take my case. now I hope
To Dear god He wont be afraid To Fight against The s.p.p.D.
now here a Copy of my midacl copy I will get more if needed
just let me Know. I Thank you. and you have
a Wonderful Day

Chadwick Rady

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

To: _Richard w. wiking_     Date: _11/20/07_

From: _Chadwick ARDY_     _T-13047_     _73/11_     _73/11_
       (Last Name)     (Number)     (Housing)     (Bed Number)

Work Assignment: _Cook main kitchen_     Job Hours: _1100_     to _7.00_

Other Assignment: _____     From: _____     to _____
      (School, Therapy, etc.)

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

_I want you To give me a lawyer, # To help me fight my law suit I Thank you._

(Do NOT write below this line. If more space is required, write on back)

Interviewed By: _____     Date: _____

Disposition: _____

9617584

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ■   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

| NAME Chadwick ARDY | CDC NUMBER T-13047 | HOUSING 7306 |

PATIENT SIGNATURE *Chadwick ARDY Demetrus*       DATE

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I having promble with my Problems with my head I DO Belive I have Sezzer I do noT Belive That I have Dizzy spells. I have very sharp Pain I Need Help with This and I wanT This on file That all This came From The BeaTTing

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

N/C

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: 10.1.07  0840 | Received by: V. Swett RN |
| Date / Time Reviewed by RN: | Reviewed by: V. Swett RN |

S:                                              Pain Scale:   1   2   3   4   5   6   7   8   ⑨   10

c/o dizzy when waking - sweats - had incontinent episode prior to waking - thinks he may be having seizures - HA's - spots (flickers i color) in vision

O: T: 98² P: 80 R:   BP: 122/74 WEIGHT:                Spo₂ 96%
referred to PCP on 9.21.07 for follow-up - currently on depakote for Y issues.

A: alteration in comfort: pain - potential for injury R/T: Seizure
P: Refer to PCP ~ (done 9.21.07)
☑ See Nursing Encounter Form Headaches - done 9.21.07

E: enc. to report to ER y pain becomes intolerable while waiting for appointment i PCP

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION CMC E | |
| PRINT / STAMP NAME V. Swett | SIGNATURE / TITLE V. Swett RN | | DATE/TIME COMPLETED 10.2.07  1030 |

CDC 7362 (Rev. 03/04)     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

DOA 81/21/07

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

9661653

| **PART I:  TO BE COMPLETED BY THE PATIENT** |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME Chadwick ARDY | CDC NUMBER T-13047 | HOUSING 72/63 |
|---|---|---|
| PATIENT SIGNATURE Chadwick ARDY. D. | | DATE |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I'm have mine grain with DIZE spell again I can't stand The pain all This came from The Beatting I got From The S.D.P. D officer. I've Been having These pain for a long Time Now Some Time The pain is so Strong my Noise will Bleed. I can not Take This Pain any more.

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

N/C

**PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

| **PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE** | |
|---|---|
| Date / Time Received: 9/20/07 @ 0730 | Received by: M. Reyo RN |
| Date / Time Reviewed by RN: | Reviewed by: M. Ryo RN |

S:   Pain Scale:  1  2  3  **4**  5  6  7  8  9  10

States he thinks he's having seizures - Requests referal to neurologist

O:    T:        P:        R:        BP:         WEIGHT:

A:

P:  ☒ See Nursing Encounter Form   Will refer to PCP to evaluate IM's request for neurology consult

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION CMCF | |
| PRINT / STAMP NAME V. Swett | SIGNATURE / TITLE V. Swett RN | | DATE/TIME COMPLETED 9-21-07 0920 |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

9114660

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME Chadwick ARDY D. | CDC NUMBER T-13047 | HOUSING Butte Low 129 Low |
|---|---|---|

PATIENT SIGNATURE Chadwick ARDY Demetrius

DATE

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I had another attack and it was a sezer. and it last, 15 min, and no one would want to help me with my injurys to my head. I can not wait no 6 to 9 week's. if I have to wait That long. you just traspack me Eather up north or Back To S.D. I cant live like This. and I wont.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: 8/19/07 2348 | Received by: _____ |
|---|---|
| Date / Time Reviewed by RN: 8/20/07 0900 | Reviewed by: _____ |

S: Pt seen 08/16/07    Pain Scale:  1  2  3  4  5  6  7  8  9  10

MD line! given Motrin 600mg cont meds

O:    T:    P:    R:    BP:    WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E: if Seizures — encourged to call Mandown.

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|

REFERRED TO PCP:

DATE OF APPOINTMENT:

COMPLETED BY

NAME OF INSTITUTION

| PRINT / STAMP NAME A. NAVARRO, RN | SIGNATURE / TITLE _____ | DATE/TIME COMPLETED 8/21/07 0900 |
|---|---|---|

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME: Chadwick ARDY

CDC NUMBER: T-13047

HOUSING: 229

PATIENT SIGNATURE: Chadwick ARDY Demetrius

DATE:

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I am still going through, pain Back Pain Head — Pain I got This Burn spot on The side. My Jaw with The Broking Tooth. I'm going through Dizzy spell's now, and They told me This will happen after The S.D.P.D officer had Beat me up.// I got To get help for what I'm going Through.

NOTE: *IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

Date / Time Received: 7/25/07 2359    Received by: Woodburn

Date / Time Reviewed by RN: 7/24/07 0600    Reviewed by: Cabrera RN

S:    Pain Scale: 1 2 3 4 5 6 7 8 9 10

Dizzy spells p̄ officer Beating and can't hear right ear "can't hear noThing my ear is Busted".

O: T: 97    P: 90    R: 18    BP: 155/106    WEIGHT: 165 lbs
Hydrochlorothi 25 mg q'd
Visotec 10 mg q'd    ⟩ 30 day  per Dr-Nguyen

A:

P: RN

☐ See Nursing Encounter Form

Transfer for CRC 7/19/07

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

REFERRED TO PCP:    DATE OF APPOINTMENT:

COMPLETED BY    NAME OF INSTITUTION: CIM

PRINT / STAMP NAME: Cabrera RN

SIGNATURE / TITLE: Cabrera RN

DATE/TIME COMPLETED: 7/27/07 1300

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME  Chadwick ARDY | CDC NUMBER  T-13047 | HOUSING  109-34 Low |
|---|---|---|

| PATIENT SIGNATURE  Chaduck Andy Demetrius | DATE |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I've Been here cents 05, I got Beat up really Bad By S.D.P.D I have migrain head pain, my lawyer Back still killing me, I still Can Not hear out of my right Ear. it very low sound's and The Drops They gave me Do Not Work, The man gave me wax removes // There got To Be Something To Do. I ask for a Back Brest, DiDnT get it (Help)

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: 01-23-07 @ 0610 | Received by: Oley |
|---|---|
| Date / Time Reviewed by RN: 1-25-07 @ 0630 | Reviewed by: Kmr |

S:    Pain Scale:  1  2  ③  4  5  6  7  8  9  10
                          10

As above)

O: T: 98.1  P: 89  R: 16  BP: 149/89  WEIGHT: 190
A/ox 3. Ambulating ō r.s. gait. Oriented to P&P & ext.
Rom wnl. Shin wnl clear Romal. c/o ↓ @ ear hearing D/T Boot ?
& N/old. Drs. visin problem. Odizziness 3/o migrain HA. already
A: Pain grid. in comfort grid. Alt hx of chronic headache
P: A: Balm & Andiolgs Ref. Back brace HA

☐ See Nursing Encounter Form

E: man pain safely & comfort. report & possibly. verbalized understang.

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY  K Johnson | NAME OF INSTITUTION  CRC |
| PRINT / STAMP NAME | SIGNATURE / TITLE  K Johnson | DATE/TIME COMPLETED  01/25/07 0900A |

California Department of Corrections and Rehabilita5tion          Division of Correctional Health Care Services

**Encounter Form: Headaches**

Inst: _CHC F_

Name: _Chadwick, Ardy_    CDC# _T 13047_    DOB: _12.10.66_    Date/Time _9.21.07   0920_

Fill in the blanks and check all that apply

## SUBJECTIVE:

Chief Complaint: _Headaches_

Date and time of onset: _June 2005_

Pain: Scale of 0-10 (0=no pain 10=worst pain): _10_

Pain: ☐ Dull  ☐ Aching  ☐ Sharp
☐ Throbbing  ☑ Constant  ☐ Intermittent

Location: ☐ Frontal  ☐ Temporal  ☐ Occipital
☐ Left  ☐ Right  ☐ Bilateral

☑ Radiating (where) _side to back_

☑ Onset  ☑ Gradual  ☐ Sudden

What makes pain better: _motrin_

History of prior pain / duration: _yes - states_
_received head injury_

Past history of & workup for headache: _0_

_x ray dne_

History of: ☐ Recent Trauma  ☐ Recent URI
☐ Hypertension  ☑ Depression  ☐ Other: _____

Symptoms: ☑ Blurred vision  ☐ Double vision
☐ Blind spots  ☑ Photophobia  ☐ Flashing lights
☐ Nausea  ☐ Vomiting  ☐ Fever Chills
☐ Stiff Neck  ☑ Dizziness/vertigo
Headache interferes with: ☑ Sleep  ☑ Activity
Describe: _can't write - all activity_

Allergies: _NKA_   _motrin, HCTZ, enalapril,_
Current medications: _wellbutrin, prozac prn, depakote_

## OBJECTIVE:

☑ Awake, alert, oriented to person, place, time

Neuro: Level of Consciousness:
☑ Alert  ☑ Oriented  ☐ Lethargic  ☐ Confused
☐ Slurred speech

VS: Temp _98_  Pulse _78_  Resp _16_  B/P _126/74_

Appearance _WNL_

Weakness: ☑ None  ☐ Focal or asymmetric weakness
☐ Generalized symmetric weakness  ☐ Facial Drooping
HEENT: ☐ Facial flushing  ☐ Sinus tenderness
Eyes: ☑ PERL  ☐ EOM abnormality  ☐ Pupils unequal
☐ Photophobia  ☐ Scalp Tenderness
Other _____
Neck: ☑ Supple  ☐ Stiff
Gait: ☑ Normal  ☐ Abnormal
(describe)

## ASSESSMENT:

☑ Pain as evidenced by/ or related to: _____
_c/o HA_

☑ Neurological deficit as evidenced by/ or related to:
_c/o "seizures"_

## PLAN:

MD Referral: (Circle) YES/NO  If Yes: _____

ENCOUNTER FORM: HEADACHE
CDC XXXX

---

☐ STAT  ☐ Urgent  ☑ Routine
(MD STAT referrals for: Focal weakness, facial flushing or sweating, facial or eyelid drooping, other focal weakness, change in speech or gait, fever > 101.5, inability to touch chin to chest, confusion, visual deficit or double vision, abnormal eye movements or pupillary responses, vomiting, head trauma, systolic BP > 180 mm Hg or diastolic > 110 mm Hg.)

☐ Orders received by phone from POC

Physician notified (name/time): _____

Physician responded: (time): _____

If negative for the above symptoms provide:
☐ Acetaminophen 325mg 2 tabs PO  Q4-6 hours PRN pain while symptoms persist; not to exceed 12 tabs in 24 hrs
☑ Ibuprofen 200mg 1-2 tabs PO Q4-6hrs PRN pain while  _Has ordered_
symptoms persist; not to exceed 6 tabs in 24 hrs
☐ Instruct patient to return to RN clinic in 72 hrs if no improvement

## EDUCATION:

Patient instructions given:
☑ Use of Medications: _motrin_

Patient Health Care Education Forms given to
patient: (specify): _Headaches_
☑ Resubmit a Health Care Service Request Form (CDC 7362) if symptoms persist, condition deteriorates, blurred vision, spots before the eyes, increased pain or: _____
☑ Patient verbalized understanding of instructions

## DISPOSITION

Time released _0935_
☑ Condition on release: _Stable/ambulatory_
☑ Returned to housing unit
☐ Housing reassignment to: _____
☑ Referred for follow-up
   ☑ Physician clinic  ☐ RN clinic
☐ Referred to higher level of care: (specify) _____
Person/time contacted: _____
Time/Mode of transfer: _____
ERV contacted (time): _____
ERV arrived at TTA _____

List name(s) of RN Protocols used:
_Headache_

_V. Swett RN_
Signature / Title

8-06

California Department of Corrections     Health Care Services Division

Inst: _____

**Encounter Form: Headaches**

Name: _Chadwick, A_   CDC# _T13047_   DOB _12·10·60_ Date/Time _8/12/07_ _0845_

Fill in the blanks and check all that apply

## SUBJECTIVE:

Chief Complaint: _HA_

Date and time of onset: _____

Pain: Scale of 0-10 (0=no pain 10=worst pain): _7/10 Side HA_

Pain: ☐ Dull ☐ Aching ☐ Sharp

☐ Throbbing ☐ Constant ☐ Intermittent

Location: ☐ Frontal ☑ Temporal ☐ Occipital

☐ Left ☐ Right ☐ Bilateral

☐ Radiating (where): _to my neck_

☐ Onset ☐ Gradual ☐ Sudden

What makes pain better: _nothing_

History of prior pain / duration: _since months_

Symptoms: ☐ Blurred vision ☐ Double vision _agn_

☐ Blind spots ☑ Photophobia ☐ Flashing lights

☐ Nausea ☐ Vomiting ☐ Fever Chills

☐ Stiff Neck ☑ Dizziness/vertigo

History of: ☐ Recent Trauma ☐ Recent URI

☐ Hypertension ☐ Depression

Headache interferes with: ☐ Sleep ☐ Activity

Describe: _____

Past history of & workup for headache: _____

History of chronic illness: ☐ HTN ☐ Recent trauma

☐ Depression ☐ Recent URI ☐ Other: _____

Allergies: ☑ NKA

Current medications: _enalapril 20mg HCTZ_

## OBJECTIVE:

☑ Awake, alert, oriented to person, place, time

VS: Temp _98.0_ Pulse _79_ Resp _10_ B/P _162/100_

Appearance _good_

HEENT: ☑ Facial flushing ☐ Sinus tenderness

Eyes: ☑ PERL ☐ EOM abnormality ☐ Pupils unequal

☐ Photophobia ☐ Scalp Tenderness

Other _____

Neck: ☐ Supple ☐ Stiff

Gait: ☑ Normal ☐ Abnormal

(describe) _____

Neuro: Level of Consciousness: ☑ Alert ☐ Lethargic

☑ Oriented ☑ Confused ☐ Slurred speech

Weakness: ☑ None ☐ Focal or asymmetric weakness

☐ Generalized symmetric weakness ☐ Facial Drooping

## ASSESSMENT:

☑ Pain as evidenced by/ or related to:

_inflammatory process_

☐ Neurological deficit as evidenced by/ or related to:

## PLAN:

MD Referral: (Circle) YES/NO If Yes:

☐ STAT ☐ Urgent ☐ Routine

(MD STAT referrals for: Focal weakness, facial flushing

or sweating, facial or eyelid drooping, other focal weakness, change in speech or gait, fever > 101.5, inability to touch chin to chest, confusion, visual deficit or double vision, abnormal eye movements or pupillary responses, vomiting, head trauma, systolic BP > 180 mm Hg or diastolic > 110 mm Hg.)

Physician notified (name/time): _____

Physician responded: (time): _____

If negative for the above symptoms provide:

☐ Acetaminophen 325mg 2 tabs PO Q4-6 hours PRN pain while symptoms persist; not to exceed 12 tabs in 24 hrs

☐ Ibuprofen 200mg 1-2 tabs PO Q4-6hrs PRN pain while symptoms persist; not to exceed 6 tabs in 24 hrs

☐ Instruct patient to return to RN clinic in 72 hrs if no improvement

☑ Treatment given per RN Protocol:

## EDUCATION:

Patient instructions given:

☐ Patient Health Care Education Forms given to patient: (specify): _____

☑ Resubmit a Health Care Service Request Form (CDC 7362) if blurred vision, spots before the eyes, increased pain or: _____

☐ Patient verbalized understanding of instructions

## DISPOSITION

Time released _0845_

☑ Condition on release: _ambulatory_

☑ Returned to housing unit

☐ Housing reassignment to: _____

☐ Referred for follow-up

☐ Physician clinic ☐ RN clinic

☐ Referred to higher level of care: (specify) _____

Person/time contacted: _____

Time/Mode of transfer: _____

ERV contacted (time) _____

ERV arrived at TTA _____

Additional Comments: _____

_____

_____

_____

_____

_____

A. NAVARRO, RN

Signature / Title     _A. Navarro_

ENCOUNTER FORM: HEADACHE

CDC XXXX

8/05

OUTPATIENT MEDICATION RECORD

CDC CMF-ASU MED/MAR FORM Style #1 (08/93)

| 1 | 2 | 3 |
|---|---|---|
| T-13047  CHADWICK, ARDY<br>489202- 0      DR: DEPOVIC, J.-RCE<br>BUPROPION 75MG/WELLBUTRIN<br>150MG PO BID (CRUSH/DOT)<br>**MEDLINE**<br>Start: 07/23/2007   Stop: 08/21/2007 | T-13047  CHADWICK, ARDY<br>489203- 0      DR: DEPOVIC, J.-RCE<br>DEPAKOTE ER 500MG TAB        0<br>1000MG ER PO BID<br>**MEDLINE**<br>Start: 07/23/2007   Stop: 09/21/2007 | T-13047  CHADWICK, ARDY<br>490640- 1      DR: NGUYEN,HOAN-OE<br>ENALAPRIL/VASOTEC 20MG      14<br>1 TAB DAILY<br>REFILL  (14DAYS)<br>Start: 08/17/2007   Stop: 10/26/2007 |
| 4 | 5 | 6 |
| T-13047  CHADWICK, ARDY<br>490641- 1      DR: NGUYEN,HOAN-OE<br>HYDROCHLOROTHIAZIDE 25MG      14<br>1 TAB DAILY<br>(HCT2) REFILL (14DAYS)<br>Start: 08/17/2007   Stop: 10/26/2007 | T-13047  CHADWICK, ARDY<br>491231- 0      DR: AZAB,-RCE-PSYCH<br>GEODON 60MG CAPS MEDLINE<br>60MG BID<br>MEDLINE<br>Start: 08/15/2007   Stop: 09/26/2007 | T-13047  CHADWICK, ARDY<br>491944- 0      DR: NGUYEN,HOAN-OE<br>IBUPROFEN TAB 600MG(MOTRI     42<br>1 TAB 3 TIMES DAILY AS<br>NEEDED. REFILL (14DAYS)<br>Start: 08/15/2007   Stop: 10/10/2007 |
| 7 | 8 | 9 |
|  |  |  |

FOR THE MONTH OF:  08    YR: 07        FOR THE MONTH OF:                YR:

| DAY | AM | NOON | PM | HS | DAY | AM | NOON | PM | HS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | 1 | | | | |
| 2 | | | | | 2 | | | | |
| 3 | | | | | 3 | | | | |
| 4 | | | | | 4 | | | | |
| 5 | | | | | 5 | | | | |
| 6 | | | | | 6 | | | | |
| 7 | | | | | 7 | | | | |
| 8 | | | | | 8 | | | | |
| 9 | | | | | 9 | | | | |
| 10 | | | | | 10 | | | | |
| 11 | | | | | 11 | | | | |
| 12 | | | | | 12 | | | | |
| 13 | | | | | 13 | | | | |
| 14 | | | | | 14 | | | | |
| 15 | | | | | 15 | | | | |
| 16 | | | | | 16 | | | | |
| 17 | | | | | 17 | | | | |
| 18 | | | | | 18 | | | | |
| 19 | | | | | 19 | | | | |
| 20 | | | | | 20 | | | | |
| 21 | | | | | 21 | | | | |
| 22 | | | | | 22 | | | | |
| 23 | | | | | 23 | | | | |
| 24 | | | | | 24 | | | | |
| 25 | | | | | 25 | | | | |
| 26 | | | | | 26 | | | | |
| 27 | | | | | 27 | | | | |
| 28 | | | | | 28 | | | | |
| 29 | 1,23456M | | | | 29 | | | | |
| 30 | | | | | 30 | | | | |
| 31 | | | | | 31 | | | | |

Identification of RN/MTA Initials

| Name: | Initials: | Name: | Initials: | Name: | Initials: |
|---|---|---|---|---|---|
| Name: | Initials: | Name: | Initials: | Name: | Initials: |

| NAME OF INMATE:  CHADWICK, ARDY | CDC NUMBER:  T-13047 | HOUSING:  BL-129L |
|---|---|---|

B/P 117/82 AM 8/29/07  0330        NKDA

## BLOOD PRESSURE CHECK

| DATE | TIME | BP | PULSE | RN/LVN MTA SIGNATURE |
|------|------|-----|-------|----------------------|
| 7/27/07 | 1390 | 153/106 | 93 | Cabrera Rn |
| 7/27/07 | 1515 | 149/07 | 95 | G.Flores Rn |
| 7/28/07 | 1015 | 154/95 | 93 | De Radon RN |
| 7/29/07 | 1500 | 132/89 | 87 | Sw oooll m |
| 7/30/07 | 1530 | 134/80 | 82 | R Myoga an |
| 7/31/07 | 1553 | 142/97 | 85 | Sw ooll m |
| 8/1/07 | 1500 | 184/90 | 84 | R Myoga an |
| 8/2/07 | 1552 | 131/92 | 88 | Sw oo ll m |
| 8/3/07 | 1602 | 128/91 | 78 79 | Caell RN |
| 8/4/07 |  | 180/92 | 69 | fc |
| 8/5/07 |  |  |  |  |
| 8/6/07 | 1436 | 144/101 | 79 | Aday Rn |
| 8/7/07 | 1541 | 134/87 | 75 | Aday Rn |
| 8/8/07 | 1914 | 138/97 | 78 | Aday Rn |
| 8/9/07 | 2025 | 134/91 | 69 | CH Rn |
| 8/10/07 | 1525 | 142/95 | 73 |  |

START DATE: 7/27/07          STOP DATE: 8/3/07  8/10/07

BLOOD PRESSURE CHECK _qd x4 day_

HOUSING: BL 129          DOB: 12/10/66

NAME: _Chadwick_          CDC#: T-13047

CIM EAST MEDICAL CLINIC

E005.FRM

PAROLE DATE

| DATE | TIME | PROB # |
|------|------|--------|
| 6/22/07 | | |

Patient' primary spoken language is: _____

**S:** (history includes details pertinent to the patient's medical complaint)

c/o CBP

New BP med refer

c/o pimples on face

New medium size Bk Brow

Denies SP, SOB

**O:** (physical assessment) T: 98  P: 71  R: 16  B/P: 124/81  Wt: 190 lbs

CV = RRR S̄ m.

Lungs = CTAB

Skin = benign

⊖ peripheral edema, ⊖ cyanosis

| Labs | 140 | 107 | 8 | 97. | ALT: 8 |
| | 3.9 | 27.7 | 1 | | |

Fam: clox comedus/chest

CPK: 59.9.

**A:** (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.)

- HTN, controlled
- CBP
- Acne vulgaris

**P:** (MTA – referral to a higher licensure for prioritization and evaluation.)
(RN – action to be taken by the RN so that the patient receives appropriate medical care.)

- No refer
- Pain med
- Rx y'acain

**E:** (education provided)    Rx exercising.  — Heart healthy di
Flu.    ← LAM m

| INSTITUTION | California Rehabilitation Center | ROOM/WING | 201-33 |

OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

CDC NUMBER, NAME, (LAST, FIRST, MI)

Chadwick, A

T 13047

| DATE | TIME | PROB # | |
|------|------|--------|---|
| 1/10/2007 | 1235 | | **S:** (history includes details pertinent to the patient's medical complaint) |

Flu Headaches, Still having headaches — M. Ling RN
requests back brace — M. Ling RN

States HA used be a PM × qhs. forward
head c̄ N°N, V, plus to plus

**O:** (physical assessment) T: 97.5  P: 73  R: 20  B/P: 142/96  Wt: 167

Vision: unremarkable
Head: Normocephalic, atraumatic
PERL
ENT: wnl
A+O × 3.
No motor - sensory defic

**A:** (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.)

Tens HA                    R/C M chr
I+O N

**P:** (MTA – referral to a higher licensure for prioritization and evaluation.)
(RN -action to be taken by the RN so that the patient receives appropriate medical care.)

pain med.
A c Tylenol ×3 y bid.
BP ✓

**E:** (education provided)          - Back exercise
- relaxation

| INSTITUTION | California Rehabilitation Center | ROOM / WING | 1 1400000000038L |

OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

CDC NUMBER, NAME, (LAST, FIRST, MI)

T13047
CHADWICK, ARDY
12/10/1966

CDC 7254 (8/89)

STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

PARDLE DATE

| DATE | TIME | PROB # | |
|---|---|---|---|
| 1/3/2007 | 0925 | | **S:** (history includes details pertinent to the patient's medical complaint) |

C/O HA, difficulty hearing (R) ear, c/o lower back pain _____ (see w/n)

took intervention for pain, HA, now bleed. to back pain, (R) hearing ↓.

APN: (6 y+) . can't remember name,

(R) alcoh cig.

**O:** (physical assessment) T: 97⁷ P: 84 R: 18 B/P: 160/113 Wt: 190#

Chest CTA no rel

Cv RRR SY

(12/8)

PseTno = 14  —
Wt78 : 8   15
ENlp 22
attend. 12
worm. 12.

OP: no exophthalmos, no w/ok  ear (L) & dr LR = (R) slight
wax, no erythema, ring of opaque coloration in inf rim
no th   Back: tender (B)  ↑ tension paraspin
of hip < 90° (B).   Skin no active sore,

**A:** (medical/nsg diagnosis. MTAs may not independently analyze or interpret data.)

HTN: poor compliance. Chronic head pain, back pain
NO ○ m. (R)   slight wax

**P:** (MTA – referral to a higher licensure for prioritization and evaluation.)
(RN – action to be taken by the RN so that the patient receives appropriate medical care.)

discuss rhythm, compliance,
ear wax f/u.
Doc med.

**E:** (education provided) ✓ NaCl, caffeine,

| INSTITUTION | California Rehabilitation Center | ROOM / WING | 1 1400000000038L |
|---|---|---|---|

OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

CDC NUMBER, NAME, (LAST, FIRST, MI)

T13047
CHADWICK, ARDY
12/10/1966

CDC 7254 (8/89)

STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|---|---|---|
| 8/29/07 | 1500 | New Arrival to CMC-E from ___ C/M ___ . EOP CCCMS- EOPMN - GP |

T.B. Code 22 ; RPR NR . To be housed in General Population /

~~Psych intake~~ AD-Seg / MHCB. Screening for Valley Fever completed

and literature / hand-out issued to inmate-patient, and

denies / admits to symptoms.                Chicken pox   Y / N

Inmate-patient arrived with:

| | | | |
|---|---|---|---|
| 7371: | Yes | No | N/A |
| Medication: | Yes | No | N/A |
| MAR: | Yes | No | N/A |
| Pharmacy Profile Sheet: | Yes | No | N/A |
| Psych Profile Sheet: | Yes | No | N/A |

Comments: Hx of HTN, chronic lower back pain,
blurred ~~vissi~~ vison & dizzy spells & psychotic Dep.
Sent to east clinic to renew medical meds. Then
to go to ~~Psych~~ intake AD-seg to see PCP. Sever attempts
of suicide in the past. Admits to hearing voices of
dead relatives & seeing them. Recently received
bad news that his son, aunt & soon to be
dead mother-in-law. Encouraged to talk to psych
mD, c/o, or anyone else when having issues
c/o of having ~~seen~~ "seizures" but not ~~do~~ charted
@ this time. Stated he was scheduled for mri
& Brain scan of L side of head. AD hearing to
L ear & Loss of hearing to R ear. Sent to
east clinic for 7219 & mental health screening. — End d/r

INSTITUTION: CMC-E

HOUSING UNIT:

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

T13047   CHADWICK, ARDY

12.10.44

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (REV 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|------|------|---|
| 8/6/07 | 0938 | S " I have pain in my head, the pain feels like it's going for a seizure. |
| | | O: Inmate $\bar{o}$ c/o sharp Ⓡ side head pain. States pain is "10" on scale of 0-10. No scar or deformities noted @ Ⓡ side of head. He is here for follow up dizzy spell, c/o headache and lab follow up. |
| | | P - Referred to MD |
| | | S: C/O Headache since the incident 2005. Motrin relieves the pain. No N+V, no ↓ intensity or position. poor vision _ optometry RFS Hearing aid repair requested. |
| | | O AAOx3 - NAD. Neuro: no focal neurologic defect except poor hearing Ⓡ ear Steady gait motor/sensory intact |
| | | A. Headache 2° - incidence 2005 poor vision Hearing impaired Ⓡ ear negative neurologic findings |
| | | P: - Motrin 600 g po Tid PRN x 6mol Chrono: low bunk x 3 m. |

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|--------------|------------------------------------------------------|
| CIM | RCG_ RTC 4 wks. | CHADWICK, A T-13047 DOB 12/10/66 |

1 Jrguygurus

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|------|------|---|
| 8-3-07 | 0900 | (S) "I'm getting dizzy spells on and off that last to around 45 min, also getting headaches and nose bleeds without notice." |
| | | (O) A & O X3, resp even and unlabored, NO c/o dizzyness at this time, NO c/o any pain or discomfort at this time. ———————— T. Burdett LVN |
| | | (P) Defer to MD. ———————— T. Burdett LVN |
| | | 40 y/o S. c/o dizzy spells intermittently |
| EPD | 2009 (C) | since 2005 after he was beaten up by police dizzy doesn't related to changing positions, imbalance, urinating & ringing ears. |
| | | Has hearing problem Ⓑ ear – Hearing aids were broken |
| | | Has poor vision. |
| | | able to communication c̄ regular voice tone. |
| | | AAOP 3 – NAD. |
| | | HEENT, PERRLA EOMI – Tms intact FROM inaudible |
| | | Neck, NO TVS / bruit |
| | | Lungs; CTA – Heart RRR, S̄ M |
| | | Neuro; NO focal neuro w/o deficit Motor / sensory intact FTN intact Romberg/c̄tl neg – Steady gait |

INSTITUTION: CIM

HOUSING UNIT: REBL

A+P Dizziness prob.
  2° to impaired
  hearing Ⓑ ear & poor vision
② HTN
③ chronic LBP
P; See orders.

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Chadwick, Ardy

T13047

STATE OF CALIFORNIA
**CONFIDENTIAL MEDICAL/MENTAL HEALTH**
**INFORMATION TRANSFER-SENDING INSTITUTION**
CDC 7371 (Rev. 03/04)
DEPARTMENT OF CORRECTIONS

☐ **NEEDS IMMEDIATE ATTENTION**

☐ Medical and Return    ☐ Psychiatric and Return    ☐ Return from Medical and Return

| SENDING INSTITUTION | INMATE NAME | CDC NUMBER |
|---|---|---|
| CIM | CHADWICK, ANDY | T13047 |

| Allergies: | No known allergies ☑ |
|---|---|

**SIGNIFICANT MEDICAL / DENTAL / MENTAL HEALTH PROBLEMS / COMMENTS**

| (e.g. suicide attempts, dental needs, special diet, pending or incomplete consults, laboratory tests, x-rays) | Chronic Care Program (List type) | Date of Last Visit |
|---|---|---|
| HTN | | 8/3/7 |
| BLURY VISION & DIZZINESS | | 8/28/7 |
| CHRONIC LOW BACK PAIN | | 8/3/7 |
| | MOOD D/O NOS | 7/22/07 |

| Date of Last Physical: 8/3/7 | Keyhea ☐ |
|---|---|

| Mental Health Level of Care | ☐ None | ☑ CCCMS | ☐ EOP | ☐ MHCB | Suicide History ☐ Yes | ☐ No |
|---|---|---|---|---|---|---|

Prosthetic device? ☐ Yes ☑ No    Type:

Medical Hold Initiated? ☐ Yes ☑ No    Reason:

Medical Chronos reviewed? ☑ Yes ☐ No    Type of Medical Chrono: 128C    TB alert code: 22

**MEDICATIONS PRESCRIBED**

Medication Administration Recorded Attached ☑ Yes ☐ No    Pharmacy Profile Attached ☐ Yes ☑ No

| Name of Medication (including TB) | Dose | Route | Frequency | Start Date | Stop Date | Heat Risk Med |
|---|---|---|---|---|---|---|
| | See attached | | | | | |

| **DIAGNOSTIC TESTS PERFORMED** | **Disability (See CDC 1845)** | | **Developmental Disability** | |
|---|---|---|---|---|
| Is inmate pregnant? ☐ Yes ☑ No ☐ EDC NA | DPW ☐ | DPS ☐ | DDI ☐ | DD2 ☐ |
| Tuberculosis PPD Test Ø mm Date Read 3-12-07 | DPV ☐ | DPM ☑ | DDIA ☐ | DD3 ☐ |
| Chest X-ray ☑ Normal ☐ Abnormal Date Read NONE | DPH ☐ | NONDPO ☐ | | |

MISC TESTS (Check each box that applies to inmate)
RPR/VDRL: ☐ Reactive ☑ Non-reactive    Treated? ☐ Yes ☐ No    Date treated: 9/20/5
Hepatitis: ☐ Positive ☑ Negative    Type: _____    Treated? ☐ Yes ☐ No    Date treated: _____

| Other screening test results & date | Other Laboratory Data |
|---|---|
| NONE | |

| Pending Medical/Mental Health Appointments | Date | Attachments ☐ Yes ☑ No |
|---|---|---|
| ☐ Chronic Care | | Special Transport Instructions |
| ☐ Specialty | NONE | |
| ☐ Telemedicine | | NONE |
| ☐ Other | | |

| COMPLETED BY SENDING INSTITUTION RN (Print/Stamp Name) | SIGNATURE / TITLE / DATE / TIME | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| POHLA A | A. Pohla RN 8/28/7 1700 | CHADWICK, ANDY |
| REVIEWED BY RECEIVING INSTITUTION RN/MTA/LPT (Print/Stamp Name) | SIGNATURE / TITLE /DATE / TIME | T13047 |
| E. MALAN RN | Emalan RN 8/29/07 @ 1500 | DOB. 12.10.66 |
| ORIGINAL - RECEIVING INSTITUTION CANARY - SENDING INSTITUTION | RECEIVING INSTITUTION CMC-E | |

CONFIDENTIAL

LEGAL MATERIAL

HARDY Chadwick T. B047. 73/11
C. m C.
P.o Box 8103
San Luis obispo, CA 93409

RECEIVED
07 NOV 28 PM 2:38
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

pros

OFFICE OF THE Clerk,
united State District Court
Northern District of California
450 GolDen Gate ave
San Francisco C.A 94102

CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409