FILED
07 DEC 14 PM 3:59
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Chadwick ARDY, Plaintiff,

vs.

San Diego Police DpT, Defendant.

CASE NO. CV 07 5960 RMW (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Chadwick ARDY, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment     Yes ___ No X

    b. Income from stocks, bonds, or royalties?     Yes ___ No X

    c. Rent payments?     Yes ___ No X

    d. Pensions, annuities, or life insurance payments?     Yes ___ No X

    e. Federal or State welfare payments, Social Security or other government source?     Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?     Yes ___ No X

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.     a. List amount you contribute to your spouse's support:$ _____

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?   Yes ___ No _X_

Estimated Market Value: $_____  Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ___ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes ___ No _X_ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No _X_ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_

_____

8. What are your monthly expenses?

Rent: $ _____   Utilities: _____

Food: $ _____   Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

12/4/07                 Chadwick Ardy D.
DATE                    SIGNATURE OF APPLICANT

1
2                                              Case Number: 5960
3
4
5
6
7
8                        **CERTIFICATE OF FUNDS**
9                                   **IN**
10                        **PRISONER'S ACCOUNT**
11
12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of  Chadwick ARDY  for the last six months
                                        [prisoner name]
14    CMC  where (s)he is confined.
        [name of institution]
15       I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $_____ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $_____.
18
19   Dated: 12/9/07                              _____
20                                               [Authorized officer of the institution]
21
22
23
24
25
26
27
28

```
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                           CALIFORNIA MENS COLONY
                        INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: NOV. 05, 2007 THRU DEC. 03, 2007

ACCOUNT NUMBER : F13047                       BED/CELL NUMBER: EFDQB7F300007311X
ACCOUNT NAME   : CHADWICK, ARDY                 ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE   DESCRIPTION    COMMENT    CHECK NUM    DEPOSITS    WITHDRAWALS    BALANCE


11/05/2007   BEGINNING BALANCE                                                    0.00

12/03*VD54   INMATE PAYROL 2365/08                      5.41                      5.41
12/03*VD54   INMATE PAYROL 2365/08                      3.89                      9.30


                             CURRENT HOLDS IN EFFECT

  DATE        HOLD
 PLACED       CODE        DESCRIPTION              COMMENT            HOLD AMOUNT


09/24/2007    H114    COPAY FEE, MED.              R1360                 5.00


                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 04/06/01                      CASE NUMBER: SC0157651
COUNTY CODE: SD                               FINE AMOUNT: $     400.00

   DATE       TRANS.    DESCRIPTION                    TRANS. AMT.    BALANCE


11/05/2007   BEGINNING BALANCE                                        400.00

12/03/07     VRS4    RESTITUTION DEDUCTION-SUPPORT       6.01-        393.99
12/03/07     VRS4    RESTITUTION DEDUCTION-SUPPORT       4.32-        389.67


     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                              TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL        TOTAL         CURRENT       HOLDS       TRANSACTIONS
  BALANCE     DEPOSITS    WITHDRAWALS      BALANCE      BALANCE      TO BE POSTED

    0.00        9.30          0.00           9.30         5.00           0.00


                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE

                                                                4.30
```




# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### E-filing

Dear Sir or Madam:

Your complaint has been filed as civil case number **CV 07 5960**

✓ A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ____ you did not file an In Forma Pauperis Application.

2. ✓ the In Forma Pauperis Application you submitted is insufficient because:

   ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ____ Your In Forma Pauperis Application was not completed in its entirety.

   ____ You did not sign your In Forma Pauperis Application.

   ✓ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 11/07

CHADWICK