Chadwick ARDY T-13047.
C. M. C.
PO Box 8101
San Luis Obispo C.A 93409

CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409




$ 00.00
0004247478  DEC 11 2007

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680