**FILED**

DEC 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

office of The clerk.
u.S District court.
Northern District of California
450 Golden Gate ave.
San Francisco, CA 94102.

C07-5960 RMW

Chadwick ARDY D. T-13047.
C.M.C.
Po Box 9101.
San luis obispo C.A 93409.

Dear Sir/ or maddom,
you now have my account slip. and what you see is True. my reason for writting you is I don't Know much about The law. now you ask me in your last letter if I need a lawyer. yes I Need an lawyer who will Take my case. like I Told you in my other letter. no Body will Take my case. But I did nothing wrong. To be here. and Now my sezzer. have gotten worst, I had no promble's until The Beating. I feel out of The Top Bunk a few night ago and. I supose To have a low Bunk chronno/ But I didnt get one// Hell you got To be half Dead and rotten Till you see a Doctor at This prison. I To File a Claim on. The prison// But yes I want a lowyer who will Do my civil Suit case. Thank you. Chadwick.