CALIFORNIA MEN'S COLONY STATE PRISON
P.O. BOX 8101
SAN LUIS OBISPO, CA 93409-8101

Name: Chadwick ARDY D.

CDCR #: T-13047   Cell #: 23/11

**STATE PRISON GENERATED MAIL**

legal mail

FSP41-0077-1

CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409




02 1M $00.
0004247478   DEC 11
MAILED FROM ZIP CODE

Office of The clerk U.S. District
Northern District of California.
450 Golden Gate ave.
San Francisco, C.A. 94102.

legal mail